**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>Patricia Sintich, on behalf of herself and all others similarly situated,<br>　　　　　　　　　　　　　Plaintiff,<br>　　　　　　　　v.<br>Health Care Service Corporation and Peoples Energy Corporation Medical and Dental Plan,<br>　　　　　　　　　　　　　Defendants. | Case Number: **FILED: JULY 31, 2008**<br>**08CV4360**<br>**JUDGE HART**<br>**MAGISTRATE JUDGE BROWN**<br><br>**AEE** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| |
|---|
| NAME (Type or print)<br>Charles R. Watkins |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　　　s/ Charles R. Watkins |
| FIRM<br>Futterman Howard Watkins Wylie & Ashley, Chtd. |
| STREET ADDRESS<br>122 S. Michigan Ave., Suite 1850 |
| CITY/STATE/ZIP<br>Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3122790 | TELEPHONE NUMBER<br>312-427-3600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x] | NO [] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [] | NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [x] | NO [] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [x] | NO [] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐