## United States District Court for the Northern District of Illinois

Case Number: 08CV4360               Assigned/Issued By: DAJ

Judge Name: HART                    Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons

☐ Citation to Discover Assets      _____
                                   _____
☐ Writ _____         (Victim, Against and $ Amount)
     (Type of Writ)

2  Original and  2  copies on  08/05/08  as to  HEALTH CARE SERVICE
                              (Date)
CORP, PEOPLES ENERGY CORP.

C:\wpwin80\docket\feeinfo.frm    03/14/05